UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELENA GLOTSER,                                                    CASE NO. 1:20-CV-2654

                        Plaintiff,             **RULE 7.1 STATEMENT**

    -against-

CAESARS ATLANTIC CITY, LLC, s/h/a
CAESARS ATLANTIC CITY HOTEL AND CASINO, and
CAESARS ENTERTAINMENT CORPORATION,

                        Defendants.
------------------------------------------------------------------------X

       Pursuant to the Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CAESARS ATLANTIC CITY, LLC, s/h/a CAESARS ATLANTIC CITY HOTEL AND CASINO, and CAESARS ENTERTAINMENT CORPORATION (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

       As to defendant Caesars Entertainment Corporation: There is no corporate parent and no publicly traded entity owns 10% or more of its stock.

       As to defendant Caesars Atlantic City, LLC: The sole member is VICI Properties 1 LLC. The sole member of VICI Properties 1 LLC is VICI Properties L.P. via an operating partnership which includes VICI Properties GP, LLC and VICI Properties Inc. VICI Properties Inc. is the sole member of VICI Properties GP LLC. There is no parent corporation of VICI Properties Inc. and no publicly traded corporation owns 10% or more of the stock of VICI Properties Inc.

Dated: White Plains, New York
       March 31, 2020

                          FULLERTON BECK, LLP

                          By: Edward J. Guardaro, Jr., Esq. (4404)
                          *Attorneys for Defendants*
                          CAESARS ATLANTIC CITY, LLC, s/h/a
                          CAESARS ATLANTIC CITY HOTEL
                          AND CASINO, and CAESARS
                          ENTERTAINMENT CORPORATION
                          One West Red Oak Lane
                          White Plains, New York 10604
                          Tel. No.: (914) 305-8634
                          File No.: 1110-007
                          Attorney Bar Code: 2103125

To:    The Law Office of Tedd Kessler, P.C.
        Attorneys for the Plaintiff
        30 Vesey Street, 4th Floor
        New York, New York 10007
        Tel No.: (212)-477-3200

        tkessler.att@prodigy.net