UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA GLOTSER,<br><br>　　　　　　Plaintiff,<br><br>　-v-<br><br>BOARDWALK REGENCY LLC,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.: 20 Civ. 2654 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

　　On October 14, 2021, the Court extended the fact discovery deadline to November 15, 2021, and directed the parties to file a joint letter certifying the completion of fact discovery by November 22, 2021. (ECF No. 43 at 2 (the "Oct. 14 Order")). To date, the parties have not done so. Nonetheless, the Court <u>sua sponte</u> extends this deadline, and directs the parties to comply with the Oct. 14 Order by **November 30, 2021**.

Dated:　　　New York, New York
　　　　　　November 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SARAH L. CAVE
　　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**